EDWARD RISTAU, Respondent, *v.* E. FRANK COE COMPANY, Appellant.

*Ristau* v. *Coe Company*, 120 App. Div. 478, affirmed.
(Submitted October 13, 1908; decided November 10, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 7, 1907, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granted a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Henry M. Earle, Alden S. Crane* and *William A. Jones, Jr.,* for appellant.

*Martin S. Lynch* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.